UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PRIM ADVISORS, INC., | ) | CASE NO.: 1:07CV1720 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Resolving Doc. #9) |
| CHRISTIAN D. LAETTNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter comes before the Court on Plaintiff's Motion for Judgment against Christian D. Laettner and Brian Davis by Confession. (Doc. #9) Under *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375 (1994), the Supreme Court determined that a district court could retain jurisdiction to enforce a settlement agreement by either: (1) expressly including a provision retaining jurisdiction in the order of dismissal; or (2) by incorporating the terms of the settlement agreement in the dismissal order. Neither occurred in this case. Here, Plaintiff filed a Rule 41 dismissal with prejudice against the Defendants and did not include language preserving this Court's jurisdiction. (Doc. #7) This Court marginally accepted the dismissal and dismissed the action. (Doc. #8) Therefore, this Court no longer has subject matter jurisdiction over this matter. Plaintiff's Motion is DENIED.

So ordered.

       *s/ Judge John R. Adams*
       JUDGE JOHN R. ADAMS
       UNITED STATES DISTRICT COURT